**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

HIMELDA MENDEZ, *on behalf of herself and all*
*others similarly situated,*

                              Plaintiff,

               -against-

ROYAL CARIBBEAN CRUISES, LTD.,

                         Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

                                    ORDER

                            18 Civ. 7615 (GBD)

GEORGE B. DANIELS, United States District Judge:

      This Court having been advised that the parties have reached a settlement in principle, the

Clerk of the Court is hereby ORDERED to close the above-captioned action, without prejudice to

restoring the action to this Court's calendar if an application to restore is made within thirty (30)

days of this Order.

Dated: New York, New York
       September 13, 2018

                               SO ORDERED.

                                *George B. Daniels*

                                GEORGE B. DANIELS
                                United States District Judge