**EXHIBIT A**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
HIMELDA MENDEZ, on behalf of herself and all
others similarly situated,

                    Plaintiffs,

      - against -

ROYAL CARIBBEAN CRUISES LTD.,

                    Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

Case No.:1:18 cv 07615(GBD)

**STIPULATION OF DISMISSAL WITH PREJUDICE**

      Plaintiff and Defendant, pursuant to the Federal Rules of Civil Procedure, hereby move to dismiss this action with prejudice, a resolution of all matters in dispute having been achieved. Each party shall bear their own attorneys' fees and costs, except as otherwise agreed to by the parties.

Date: September 26, 2018

_____
Joseph H. Mizrahi
Daniel C. Cohen
**COHEN & MIZRAHI LLC**
300 Cadman Plaza West, 12 Fl.
Brooklyn, New York 11201
Tel: (646) 645-8482
E-mail: joseph@cml.legal

*Attorneys for Plaintiff*

SO ORDERED:

_____
Hon. George B. Daniels

_____
Joshua A. Stein     Shira M. Blank
Maxine A. Adams
**EPSTEIN, BECKER & GREEN, P.C.**
250 Park Avenue
New York, New York 10177
Tel: (212) 351-4500
E-mail: jstein@ebglaw.com

*Attorneys for Defendant*

Date: SEP 2 6 2018

15